December 19, 2008

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Alan D. Tysinger
Miller & Tysinger, P.C.
6243 I.H. 10 West, Suite 800
San Antonio, TX 78201

RE: Case Number: 05-0171
 Court of Appeals Number: 04-04-00466-CV
 Trial Court Number: 2003-CI-10437

Style: SOUTHWESTERN BELL TELEPHONE COMPANY, L.P., D/B/A SBC TEXAS
 v.
 WILLIAM C. MITCHELL, BENEFICIARY OF LOUISE MITCHELL, DECEDENT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |
| |Mr. P. M. Schenkkan |
| |Mr. Robert D. Stokes |
| |Mr. Peter D. Kennedy |
| |Mr. Jack W. Latson |